[No. 11329–1–I. Division One. May 21, 1984.]

*In the Matter of the Marriage of* CLARENCE LORN
NELLIS, *Appellant, and* FRANCES LEE
NELLIS, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 79–3–01578–6, Stuart C. French, J.,
entered February 1, 1982. *Affirmed* by unpublished opinion
per Ringold, J., concurred in by Callow, J., and Soderland,
J. Pro Tem.

[No. 12309–2–I. Division One. May 21, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
LESTER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–01658–2, Nancy A. Holman, J., entered
September 13, 1982. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Corbett, A.C.J., and Ringold,
J.

[No. 12572–9–I. Division One. May 21, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CLAYTON
LEROY MOSELY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 73737, Gary M. Little, J., entered November
15, 1982. *Remanded* by unpublished opinion per Swanson,
J., concurred in by Andersen and Ringold, JJ.